**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2013-1538

IN RE KEI ROGER AOKI, MICHAEL W. GRAYSTON,
STEVEN R. CARLSON, and JUDITH M. LEON

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 10/461,829.

Authorized Abbreviated Caption[2]

IN RE AOKI, 2013-1538

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.